IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01696-LTB-CBS

SHARON BRENNA,

    Plaintiff,

v.

DIRK KEMPTHORNE,
Secretary, U.S. Department of Interior,

    Defendant.

---

# ORDER OF RECUSAL

---

Magistrate Judge Craig B. Shaffer

    This matter was drawn to me upon the filing of the Complaint on August 11, 2008. Pursuant to the Order of Reference dated October 21, 2008 (doc. # 4), this civil action was referred to the Magistrate Judge to, inter alia, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

    In accordance with 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which his impartiality might be reasonably be questioned." Because contacts I had with a potential witness in this case, while in private practice, might reasonably raise questions about this Judge's impartiality, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

    IT IS ORDERED that the December 19, 2008, scheduling conference is VACATED. Parties are directed to contact the newly assigned magistrate judge within 72 hours of notice of

reassignment to set up a new scheduling conference.

DATED at Denver, Colorado, this 18th day of December, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge