IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01696-LTB-BNB

SHARON BRENNA,

Plaintiff,

v.

KEN SALAZAR, Secretary, U.S. Department of Interior,

Defendant.

_____

## ORDER
_____

The parties appeared this morning for a final pretrial conference. The exhibit lists were refused for reasons stated on the record, although the remainder of the final pretrial order was accepted and made an order of the court. Consistent with matters discussed at the final pretrial conference:

IT IS ORDERED that on or before **October 5, 2009**, the parties shall file revised exhibit lists modified as discussed at the final pretrial conference.

Dated September 21, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge