IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-01696 - LTB - CBS

SHARON BRENNA,

    Plaintiff,

v.

KEN SALAZAR, Secretary, U.S. Department of Interior,

    Defendant.

## ORDER

As further set forth on the record at the pretrial conference held on March 11, 2010, IT IS HEREBY ORDERED as follows:

1. The following witnesses from Defendant's "may call" witness list in the Final Amended Pretrial Order shall be re-characterized as "will call" witnesses: William Woody, Special Agent Randolf August, and Colleen Dulin; and

2. On or before March 31, 2010, the parties shall submit (a) one hard copy of proposed jury instructions with annotations, objections, and a corresponding disk; (b) trial briefs highlighting any evidentiary issues the parties anticipate will arise during the trial; (c) exhibit lists in the proper format reflecting stipulations and specific objections; and (d) any further amendments to the parties' witness lists.

Dated: March   11  , 2010 in Denver, Colorado.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge