IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-01696 - LTB - BNB

SHARON BRENNA,

    Plaintiff,

v.

KEN SALAZAR, Secretary, U.S. Department of Interior,

    Defendant.

___

ORDER
___

As set forth on the record at the trial preparation conference held on April 2, 2010, IT IS HEREBY ORDERED as follows:

    1. Plaintiff's Unopposed Motion to Amend Pretrial Order [Doc # 58] is GRANTED;

    2. The parties shall submit proposed voir dire questions on or before April 21, 2010; and

    3. Plaintiff may file a response to Defendant's Trial Brief [Doc # 61] on or before April 9, 2010, and Defendant may file a reply on or before April 16, 2010.

Dated: April  2nd , 2010 in Denver, Colorado.

BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge