IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-01696 - LTB - BNB

SHARON BRENNA,

    Plaintiff,

v.

KEN SALAZAR, Secretary, U.S. Department of Interior,

    Defendant.

___

ORDER OF DISMISSAL
___

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss (Doc 68 - filed April 23, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs. The Court retains jurisdiction for the limited purpose of enforcing the terms of the Settlement Agreement, should either party allege that it has been breached.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  LEWIS T. BABCOCK, Judge

DATED: April 26, 2010